UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARITZA TAVARES,<br><br>              Plaintiff,<br><br>    v.<br><br>DISCOVER BANK;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>              Defendants. | Case No. 2:22-cv-06314<br><br>ECF Case |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court on the following grounds:

1.　Experian is a named Defendant in Index No. 616824/2022 filed by Plaintiff Maritza Tavares ("Plaintiff") in the Supreme Court of the State of New York, County of Suffolk (the "State Court Action").

2.　The Complaint in the State Court Action was filed with the Clerk of the Supreme Court of the State of New York, County of Suffolk on August 24, 2022.

3.　This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading on September 19, 2022 setting forth the claims for relief upon which Plaintiff's action is based.

4.　This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. Equifax Information Services, LLC, is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Equifax Information Services, LLC uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. Discover Bank is a corporation which regularly furnishes information to one or more consumer reporting agencies about its transactions or experiences with consumers, and therefore is a "furnisher of information" within the meaning of 15 U.S.C. § 1681s-2.

9. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's claims for relief arising under the New York Fair Credit Reporting Act, N.Y. Gen. Bus.

Law § 380 *et seq*. ("NY FCRA"), as these claims arise from the same operative facts and form part of the same case or controversy.

11. As of the date of this Notice, all named defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court. Equifax Information Services, LLC and Discover Bank consent to removal, and documents recording their consent are attached hereto as **Exhibits B** and **C**, respectively.

12. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: October 19, 2022                               Respectfully submitted,

                                                      */s/ Julius I. Kairey*
                                                      Julius I. Kairey
                                                      JONES DAY
                                                      250 Vesey Street
                                                      New York, New York 10281
                                                      Tel: (212) 326-8305
                                                      Fax: (212) 755-7306
                                                      Email: jkairey@jonesday.com

                                                      *Counsel for Defendant*
                                                      *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 19, 2022, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Julius I. Kairey*
Julius I. Kairey

*Counsel for Defendant*
*Experian Information Solutions, Inc.*
