UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARITZA TAVARES,   **Docket No.**: 2:22-cv-06314-KAM-ST

      Plaintiff,

  -against-   **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

DISCOVER BANK, et al.,

      Defendants.
_____/

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, MARITZA TAVARES, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. only, pending the exchange and approval of final settlement papers. This Notice of Settlement only applies to Experian Information Solutions, Inc.

Dated: November 2, 2022

                                                     Respectfully submitted,

                                                     _____
                                                   Subhan Tariq, Esq.
                                                   Attorney I.D. No. ST9597
                                                   Tariq Law PC
                                                   **Attorney for Plaintiff**
                                                   99 Park Avenue, Suite 1100
                                                   New York, NY 10016
                                                   Telephone: (718) 674-1245
                                                   Facsimile: (516) 453-0490
                                                   Email: subhan@tariqlaw.com

*Kiyo A. Matsumoto, USDJ*
11.3.2022