UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARITZA TAVARES,

    Plaintiff,

-against-

DISCOVER BANK, et al.,

    Defendants.

Docket No.: 2:22-cv-06314-KAM-ST

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Maritza Tavares, and Defendant Experian Information Solutions, Inc., that the within action shall be dismissed with prejudice, only as to named Defendant, and with each party to bear their own fees and costs.

Dated: December 7, 2022

**Tariq Law PC**
*Attorney for Plaintiff*
*Maritza Tavares*

By: _____
Subhan Tariq, Esq.

99 Park Avenue, Suite 1100
New York, NY 10016
Tel No: (718) 674-1245

**Jones Day**
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

By: _____
Julius Kairey, Esq.

250 Vesey Street, Room 3127
New York, NY 10281
Tel No: (212) 326-8305

So Ordered: /s/
Kiyo A. Matsumoto, USDJ
12/7/2022